# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| KENDRA LAMB, | : | Case No. 1:19-cv-1091 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 17)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 23, 2020, submitted a Report and Recommendation. (Doc. 17). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court finds that the Report and Recommendation (Doc. 17) should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 17) is hereby **ADOPTED**;

2. The decision of the Commissioner denying Plaintiff's disability insurance benefits and supplemental security income applications is **REVERSED**;

3.     This matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings of the Report and Recommendation (Doc. 17);

4.     As no further matters remain pending for this Court's review, the Clerk shall enter judgement accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date:   2/16/2021                                   *s/Timothy S. Black*
                                                                         Timothy S. Black
                                                                         United States District Judge